Margaret O'Connor, Appellant, v. City of Dunkirk, Respondent.—Judgment affirmed, with costs, upon the authority of the decision in the same case on former appeal, reported at 143 Appellate Division, 696. All concurred.

Elizabeth B. J. Hammond, as Administratrix, etc., of Werden F. Hammond, Deceased, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Order affirmed, with costs. All concurred.

Michael Caboni, as Administrator, etc., of Nicodemus Di Angelis, Deceased, Respondent, v. Read-Coddington Engineering Company, Appellant, Impleaded with William Young.— Judgment affirmed, with costs. All concurred.

Gertrude A. Carpenter, Appellant, v. Buffalo Milk Company, Respondent.— Order affirmed, with costs. All concurred.

Helen A. Shean, Plaintiff, v. Buffalo and Lake Erie Traction Company, Defendant.— Plaintiff's exceptions sustained and motion for a new trial granted, with costs to plaintiff to abide event. Held, that the question as to whether the motorman was negligent in failing to stop the car in time to avoid a collision with the automobile should have been submitted to the jury. All concurred.

Elizabeth M. Ellis, Respondent, v. Emma Pope, as Administratrix, etc., of Jesse M. House, Deceased, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $670 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except Foote, J., who dissented and voted for reversal.

Port Huron Engine and Thresher Company, Appellant, v. Baldwin Contracting Company and Acme Road Machinery Company, Respondents.— Judgment and order affirmed, with costs. All concurred.

Gilbert T. Rafferty, Respondent, v. Alexander R. Peacock, Appellant.— Judgment affirmed, with costs. All concurred.

James J. Corbett, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.